FILED & ENTERED

APR 27 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may    DEPUTY CLERK

Robert B. Rosenstein  SBN 90036
Donald W. Hitzeman   SBN 110962
Lauren E. Twitchell    SBN 187366
ROSENSTEIN & HITZEMAN, AAPLC
28600 Mercedes Street, Suite 100
Temecula, California 92590
Telephone:    (951) 296-3888
Fax:          (951) 296-3889
E-mail:       robert@rosenhitz.com
              dwhitzeman@rosenhitz.com
              letwitchell@rosenhitz.com
Attorneys for Wanda Denise Davis,
Debtor and Debtor-In-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Case No.: 2:09-43977 AA |
| | ) |
| WANDA DENISE DAVIS, | ) Chapter 11 |
| | ) |
| | ) **ORDER VACATING COURT'S ORDER** |
| | ) **DISMISSING CHAPTER 11** |
| | ) **BANKRUPTCY CASE** |
| Debtor and Debtor-In-Possession. | ) |
| | ) Date:   April 26, 2010 |
| | ) Time:   2:00 p.m. |
| | ) Ctrm:   1375 |
| | ) 255 E. Temple Street |
| | ) Los Angeles, CA 90012 |
| _____ | ) |

This matter, having been set for hearing at the above date and time on Debtor's Emergency Motion for Reconsideration of Court's Order for Dismissal of Chapter 11 Case and to Reopen the Bankruptcy Case ("Emergency Motion"), came on for hearing on April 26, 2010 at 2:00 p.m., in Courtroom 1375 of the United States Bankruptcy Court, Los Angeles Division. Robert B. Rosenstein, of Rosenstein & Hitzeman, AAPLC, appeared on behalf of Debtor in support of the Motion. There were no other appearances.

The Court, having considered the documentary evidence on file in this matter, and the oral argument of counsel made at the time of hearing:

The Court having found that Good Cause appearing therefor;

**IT IS HEREBY ORDERED** that the Emergency Motion is hereby granted and the Court's Order Dismissing Case in Accordance with the Court's Status Conference, entered on April 20, 2010, be and it hereby is vacated and that the Chapter 11 Bankruptcy Case for Debtor, Wanda Denise Davis, is reinstated.

# # #

DATED: April 27, 2010

*Alan M. Ahart*
United States Bankruptcy Judge

ORDER VACATING COURT'S ORDER
DISMISSING CHAPTER 11 BANKRUPTCY CASE    2

| In re:<br><br>Davis, Wanda Denise<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:09-43977 |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)  **Order Vacating Court's Order for Dismissal of Chapter 11 Bankruptcy Case** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of April 26 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Dare Law on behalf of the United States Trustee – dare.law@usdoj.gov
David Makkabi on behalf of Downey Savings & Loan and U.S. Bank – cmartin@pprlaw.net
Edward T. Weber on behalf of Creditor Chase Home Finance – eweber@rcolegal.com
Joe Lozano, Jr., on behalf of Creditor CitiMortgage, Inc. – notice@nbsdefaultservices.com
Robert Rosenstein on behalf of Debtor – robert@rosenhitz.com
Laurie E. Twitchell on behalf of Debtor – letwitchell@rosenhitz.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     **F 9021-1.1**

ORDER VACATING COURT'S ORDER
DISMISSING CHAPTER 11 BANKRUPTCY CASE     3